UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CIVIL MINUTES – GENERAL** | | JS-6 |

Case No.   2:25cv00602 CAS (MAAx)                                      Date: September 22, 2025

Title   *SULEIMAN ABED MAGED QAZZA v. MERRICK B. GARLAND; ET AL.*

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) –** DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

WHEREAS, on August 28, 2025, the Court issued an Order to Show Cause [9] why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendants**;

A response to the Order to Show Cause was to be filed and served no later than September 19, 2025.  As of today's date, no such response has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |